AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

KENNETH FRIEDMAN,

      Petitioner,    JUDGMENT IN A CIVIL CASE

  V.

                       CASE NUMBER: **3:07-cv-00338-LRH-VPC**

JACK PALMER, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this habeas petition is DISMISSED WITHOUT PREJUDICE based on Petitioner's failure to exhaust his grounds for relief in state court.

  May 30, 2008                              **LANCE S. WILSON**
                                                              Clerk

                                                        /s/ Kalani Lizares
                                                         Deputy Clerk