# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH FRIEDMAN, | |
| Petitioner, | 3:07-cv-00338-LRH-VPC |
| vs. | |
| | ORDER |
| STATE OF NEVADA, *et al.,* | |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2009, the court entered an order requiring, *inter alia*, respondents to file a response to petitioner's second amended petition within thirty days of being served with the same. (Docket #103.) On August 24, 2009, petitioner filed a second amended petition. (Docket #104.) The second amended petition contains a certificate of service on respondents' counsel dated August 20, 2009. More than thirty days have passed and respondents have not filed a response to the second amended petition.

**IT IS THEREFORE ORDERED** that respondents shall, within ten days of the date of service of this order, **SHOW CAUSE** why they should not be sanctioned for failure to comply with the court's order of August 7, 2009.

DATED this 15TH day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE