# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH FRIEDMAN,

    Petitioner,

vs.

STATE OF NEVADA, *et al.,*

    Respondents.

3: 07-cv-0338-LRH-VPC

**ORDER**

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, originally filed in this court on July 31, 2007. After more than two years on the Court's docket, counsel was appointed to represent petitioner. Thereafter, an amended petition was filed and a motion to dismiss the petition was filed in response. Before the Court is the Federal Public Defender's Motion to Withdraw as Attorney of Record (ECF No. 161) and a Motion to Stay the Litigation pending resolution of the motion to withdraw (ECF No. 164).

The motion to withdraw as counsel of record (ECF No. 161) shall be **granted** as it appears an irreconcilable conflict has arisen between the petitioner and his counsel. The motion to stay the litigation (ECF No. 164) shall be **denied** as moot. Petitioner shall be directed to file his response to the Renewed Motion to Dismiss (ECF No. 163) within thirty days of entry of this order.

**IT IS SO ORDERED.**

DATED this 5th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE